FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 19  A 11: 17

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**January 18, 2000**

| | |
|---|---|
| **CARLOS ROLANDO PADILLA, et al.** | CIVIL ACTION |
| versus | NO. 00-109 |
| **FERRY TRANSPORTATION, INC., et al.** | SECTION "C" (4) |

After reviewing the record in this matter, the Court is satisfied that the matter in controversy exceeded the sum or value of $75,000, exclusive of interest and costs, when the case was removed to this Court. Therefore, the case meets 28 U.S.C. § 1332(a)'s minimum amount-in-controversy requirement for diversity jurisdiction.

JAN 19 2000

DATE OF ENTRY