

FILED

2000 MAR -9  P 12: 22



00-109 C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
MARCH 9, 2000

      IT IS ORDERED that the following motions set for hearing on March 15, 2000, will be considered on the briefs.

**97-1592**    CARROLL P. BOUDREAUX V UNITED STATES OF AMERICA, ET AL
          Motion by Carroll Boudreaux for payment of maintenance and cure (161)

**98-2353**    JACKLYN MERILIS, ET AL V UNITED STATES OF AMERICA
          Motion by United States of America in limine to prohibit testimony of Dr. Earnest E. Cherrie, Jr. and for summary judgment (47)

**99-0509**    CAUSEWAY MEDICAL SUITE, ET AL V MURPHY J. FOSTER, JR., ETC., ET AL
          Motion by Causeway Medical Suite, Bossier City Medical Suite, Hope Medical Group for Women, Delta Women's Clinic, Women's Health Clinic, James DeGuerce, M.D., A. James Whitmore, III, M.D., E. O'Neill, M.D., Roneal Martin, and Robin Rothrock for attorneys' fees and costs (34)

**99-2168**    MELVIN PAUL V AFC ENTERPRISES, INC.
          Motion by AFC Enterprises, Inc. for summary judgment (12)

```
____Fee_____
____Process__
X  Dktd
____CtRmDep__
    Doc.No. 10
```

MAR 0 9 2000

DATE OF ENTRY _____

| | |
|---|---|
| 99-3705 | **5-STAR PREMIUM FINANCE, INC. V CORWYN DALE WOOD, ET AL**<br>Motion by Corwyn Dale Wood and Corwyn Financial Services, Inc. to dismiss for lack of jurisdiction over the subject matter pursuant to rule 12(b)(1), to dismiss for failure to plead with sufficient particularity under rule 9(B) and to dismiss for failure to state a claim upon which relief can be granted pursuant to rule 12(b)(6) (13)<br>Motion by Cheryl D. Wood, Miles B. Wood, and Executive Benefits, Inc. to dismiss for lack of subject matter jurisdiction pursuant to rule 12(b), to dismiss for failure to plead with sufficient particularity under rule 9(b) and to dismiss for failure to state a claim upon which relief can be granted pursuant to rule 12(b)(6) (14) |
| 00-0109 | **CARLOS ROLANDO PADILLA, ETC., ET AL V FERRY TRANSPORTATION, INC., ET AL**<br>Motion by plaintiffs Carlos Rolando Padilla, et al to remand to the Civil District Court for the Parish of Orleans (7) |
| 00-0449 | **MICHAEL D. KNIGHTEN V CF INDUSTRIES, INC., ET AL**<br>Motion by CF Industries, Inc. for summary judgment (6) |

_____
UNITED STATES DISTRICT JUDGE