

**MINUTE ENTRY
BERRIGAN, J.
March 14, 2000**

| | |
|---|---|
| CARLOS ROLANDO PADILLA, et al. | CIVIL ACTION |
| versus | NO. 00-0109 |
| FERRY TRANSPORT, INC., et al. | SECTION "C" (4) |

    Before the Court is Plaintiffs' Motion to Remand, Rec. Doc. 7. Remand is appropriate in this case because the most recently added Defendant, Rafael Padilla, a Louisiana citizen and resident, destroys diversity jurisdiction. Furthermore, Defendants have informed the Court that they do not object to Plaintiffs' motion.

    Therefore, **IT IS ORDERED** that Plaintiffs' Motion to Remand is hereby **GRANTED**. Accordingly, **IT IS ORDERED** that the case is hereby **REMANDED** to Civil District Court for the Parish of Orleans, State of Louisiana for any and all further proceedings.



DATE OF ENTRY
MAR 1 6 2000